In the Matter of the Claim of TIMOTHY RING, Respondent, against CORONA

FUEL AND SUPPLY CO., INC., and Another, Appellants.* STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. (*Phillips* v. *Holmes Express Co.*, 190 App. Div. 336; affd., 229 N. Y. 527.) Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents on authority of *Matter of Anderson* v. *Babcock & Wilson Co.* (256 N. Y. 146).

In the Matter of the Claim of JULIA SAWKO, Respondent, against ONONDAGA PANTS COMPANY, INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.